**KESSLER TOPAZ MELTZER & CHECK, LLP**
David Kessler
Stuart L. Berman
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**SAIBER, LLC**
Jeffrey W. Lorell
Marc E. Wolin
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ALLIANZ GLOBAL INVESTORS KAPATALANLAGEGESELLSCHAFT MBH, et al., | : :  : : | Civil Action No. 07-CV-04451-SRC-MAS |
| Plaintiffs, | : : | |
| v. | : : | |
| MERCK & CO., et al., | : : | |
| Defendants. | : : | |

**NOTICE OF FIRM NAME CHANGE**

Please take notice that the name of the law firm of Barroway Topaz Kessler

Meltzer & Check, LLP, Counsel for Plaintiffs, has changed to Kessler Topaz Meltzer &

Check, LLP.

The firm's address and telephone and facsimile numbers will remain the same.

Dated: June 7, 2011

Respectfully submitted,

KESSLER TOPAZ MELTZER &
CHECK, LLP

/s/ Stuart L. Berman_____
Stuart L. Berman
David Kessler
280 King of Prussia Road
Radnor PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056

*Counsel for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 7, 2011, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to all counsel of record and I hereby certify that I have mailed the foregoing

document via the United States Postal Service to the following counsel:

Jeffrey W. Lorell
Marc E. Wolin
Arnold B. Calmann
**Saiber, LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102-5311

Martin L. Perschetz, Esq.
Sung-Hee Suh, Esq.
William H. Gussman, Jr., Esq.
**Schulte Roth & Zabel LLP**
919 Third Avenue
New York, NY 10022

William R. Stein, Esq.
Roberta Koss, Esq.
**Hughes Hubbard & Reed LLP**
1775 I Street, N.W.
Washington, DC 20006.

/s/ Stuart L. Berman
    Stuart L. Berman