**SAIBER LLC**
Arnold B. Calmann
Jeffrey Soos
One Gateway Center
10th Floor, Suite 1000
Newark, NJ  07102-5311
Telephone:  (973) 622-3333
Facsimile:   (973) 286-2465

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Stuart L. Berman
John A. Kehoe
John J. Gross
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:  (610) 667-7056

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT MBH; ALLIANCE GLOBAL INVESTORS LUXEMBOURG S.A.; ALLIANZ GLOBAL INVESTORS IRELAND LIMITED<br><br>                    Plaintiffs,<br><br>         vs.<br><br>MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REIZIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, DAVID W. ANSTICE, and PETER S. KIM,<br><br>                    Defendants. | Civil Action No.: 07-4451 (SRC)<br><br><br><br>**CERTIFICATE OF SERVICE** |

*DOCUMENT ELECTRONICALLY FILED*

**ARNOLD B. CALMANN** hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and admitted to practice before the United States District Court, District of New Jersey.

2. I hereby certify that I caused a copy of the Amended Complaint to be served by ECF/E-Mail, with courtesy copies to follow via First Class Mail, postage prepaid, this **21st** day of **October, 2011** to:

> Evan R. Chesler, Esq.
> Robert H. Baron, Esq.
> **CRAVATH SWAINE & MOORE LLP**
> Worldwide Plaza
> 825 Eighth Avenue
> New York, NY 10019
>
> Lawrence M. Rolnick
> Sheila A. Sadighi, Esq.
> **LOWENSTEIN SANDLER PC**
> 65 Livingston Avenue
> Roseland, New Jersey
>
> Martin L. Perschetz
> Sung-Hee Suh
> William H. Gussman, Jr.
> **SCHULTE ROTH & ZABEL LLP**
> 919 Third Avenue
> New York, NY 10022

>                        *s/ Arnold B. Calmann*
>                        Arnold B. Calmann

Dated:  October 21, 2011