Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Rita D. Turner (rdt@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
Telephone: (973) 622-3333
Facsimile: (973) 286-2465

Stuart L. Berman (sberman@ktmc.com)
John A. Kehoe (jkehoe@ktmc.com)
John J. Gross (jgross@ktmc.com)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT MBH, ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A., ALLIANZ GLOBAL INVESTORS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REIZIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, DAVID W. ANSTICE, and PETER S. KIM,<br><br>Defendant. | : | Civil Action No. 2:07-CV-04451 (SRC) (MAS)<br><br>**NOTICE OF APPEARANCE**<br><br>***DOCUMENT ELECTRONICALLY FILED*** |

**PLEASE TAKE NOTICE** that plaintiffs Allianz Global Investors Kapitalanlagegesellschaft MbH, Allianz Global Investors Luxembourg S.A, and Allianz Global

Investors Ireland Limited (collectively, "Plaintiffs") is represented by the firm of Saiber LLC in the above matter. Jeffrey Soos hereby enters his appearance as counsel of record in addition to Arnold B. Calmann, who has already been duly designated by the Court as "lead attorney to be noticed" on behalf of Plaintiffs. Accordingly, Plaintiffs respectfully request that any future Notices of Electronic Filing related to this case also be forwarded to Jeffrey Soos at (js@saiber.com).

Dated: November 14, 2011

**SAIBER LLC**
*Attorneys for Defendants*

/s/ Jeffrey Soos
**JEFFREY SOOS**