**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT MBH, ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A., ALLIANZ GLOBAL INVESTORS IRELAND LIMITED, | : : : : : | Civil Action No. 2:07-CV-04451 (SRC) (CLW) |
| Plaintiffs, | : : | |
| v. | : : | |
| MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REIZIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, DAVID W. ANSTICE, and PETER S. KIM, | : : : : : : | |
| Defendants. | : : | ***DOCUMENT ELECTRONICALLY FILED*** |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEYS
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting an application to appear *pro hac vice* in the within matter has been entered [see ECF No. 47 – 7/24/12]; and

2. Pursuant to L.Civ.R. 101.1(c)(3), the Admission Fee, in the amount of $150 each, has been paid to the Clerk of the Court for the admitted attorney [paid 7/30/12, receipt number NEW014173].

**SAIBER LLC**
Attorneys for Defendants

/s/ Rita D. Turner
Rita D. Turner
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

{00738155.DOC}

## INFORMATION FOR ATTORNEYS ADMITTED PRO HAC VICE

Name:     John A. Kehoe, Esq.

Address:    Kessler Topaz Meltzer & Check, LLP

              280 King of Prussia Road

              Radnor, PA 19087

E-Mail:     jkehoe@ktmc.com


Name:     Benjamin J. Sweet, Esq.

Address:    Kessler Topaz Meltzer & Check, LLP

              280 King of Prussia Road

              Radnor, PA 19087

E-Mail:     bsweet@ktmc.com


Name:     John J. Gross, Esq.

Address:    Kessler Topaz Meltzer & Check, LLP

              280 King of Prussia Road

              Radnor, PA 19087

E-Mail:     jgross@ktmc.com